ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                                )
                                            )
Black Horse Group, LLC                      )      ASBCA No. 61075
                                            )
Under Contract No. W912DS-09-D-0004         )

APPEARANCE FOR THE APPELLANT:        James E. Hughes, Esq.
                                       Hancock Estabrook, LLP
                                       Syracuse, NY

APPEARANCES FOR THE GOVERNMENT:      Michael P. Goodman, Esq.
                                       Engineer Chief Trial Attorney
                                     Lorraine C. Lee, Esq.
                                     Rita M. Fang, Esq.
                                       Engineer Trial Attorneys
                                       U.S. Army Engineer District, New York

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: July 10, 2019

_____
JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61075, Appeal of Black Horse Group, LLC, rendered in conformance with the Board's Charter.

Dated:

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals